IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| AIG SPECIALTY INSURANCE COMPANY, AXIS INSURANCE COMPANY, U.S. SPECIALTY INSURANCE COMPANY, and ACE AMERICAN INSURANCE COMPANY, | §<br>§<br>§<br>§<br>§<br>§<br>§ | No. 325, 2025<br><br>Court Below: Superior Court<br>of the State of Delaware<br><br>C.A. No. N22C-05-057 |
| Defendants Below,<br>Appellants, | §<br>§<br>§ | |
| v. | §<br>§ | |
| GENWORTH FINANCIAL INC., GENWORTH LIFE INSURANCE COMPANY, and GENWORTH LIFE INSURANCE COMPANY OF NEW YORK, | §<br>§<br>§<br>§<br>§<br>§ | |
| Plaintiffs Below,<br>Appellees. | §<br>§<br>§ | |

Submitted: February 18, 2026
Decided: March 5, 2026

Before **VALIHURA**, **TRAYNOR**, and **LEGROW**, Justices.

# **O R D E R**

NOW this 5th day of March 2026, the Court having considered this matter on the briefs and oral arguments of the parties and the record below and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Superior Court in its Order dated September 21, 2023 granting, in part, and denying, in part, Plaintiffs' Motion for Partial Summary Judgment and denying Defendants' Motion for Summary Judgment; its Order dated February 21, 2025 granting, in part, and denying, in part, Plaintiffs' Motion

for Summary Judgment and granting, in part, and denying, in part, Defendants' Motion for Summary Judgment; and its Order for Entry of Final Judgment Pursuant to Rule 58 dated June 23, 2025;

NOW THEREFORE, IT IS ORDERED that the judgment of the Superior Court be and the same hereby is AFFIRMED.

BY THE COURT:

/s/ *Karen L. Valihura*
Justice